```
FILED
October 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-cr-00064-MCE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| ZHI HUA XU, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHI HUA XU, Case No. 2:08-cr-00064-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $100,000.00.

    __X__   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

_____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 10/09/2012 at 3:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge